# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION)

| | |
|---|---|
| PAUL J. BRAZEAU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE COMPANY dba COLONY WEST FINANCIAL SERVICES (A NATIONWIDE COMPANY), an Iowa corporation, and DOES 1-10,<br><br>Defendants. | CASE NO. SACV 11-344-AG (RNBx)<br><br>ORDER DISMISSING AMCO INSURANCE COMPANY AND ENTIRE ACTION, WITH PREJUDICE |

Based on the Stipulation for Dismissal of the entire action with prejudice filed by the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice against all Defendants, including without limitation AMCO Insurance Company, DOES 1-10 and Allied

///

///

///

Insurance Company dba Colony West Financial Services (a Nationwide Company).

IT IS SO ORDERED.

Dated: May 18, 2012

_____
U.S. District Judge Andrew J. Guilford

Prepared by:
MARC S. HINES (SBN 140065)
mhines@hinescarder.com
JOSPEPH S. MCMILLEN (SBN 174561)
jmcmillen@hinescarder.com
**HINES CARDER**
3090 Bristol Street, Suite 300
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 513-1123

Attorneys for Defendant
AMCO INSURANCE COMPANY